**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

ROY W. BREITENBACH
Partner Director
Licensed in NY, CT
Email:
rbreitenbach@garfunkelwild.com
Direct Dial: (516) 393-2272

**FILE NO.:** 09459.0016

July 25, 2019

**By ECF**

The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Alfonse M. D'Amato Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Angstadt v. Empire Health HMO, Inc.*
              Docket No. 15-cv-1823 (SJF) (AYS)

              *Angstadt v. Empire HealthChoice Assurance, Inc.*
              Docket No. 19-cv-2499 (SJF) (AYS)

Dear Judge Feuerstein:

    This firm represents Plaintiffs in the referenced related actions. We are writing to advise you that the parties have reached a settlement in principle resolving all claims in dispute in both lawsuits, subject to the negotiation, drafting, and execution of final settlement documents. The parties are currently preparing these documents and expect to stipulate to the discontinuance of these lawsuits shortly.

Respectfully yours,

Roy W. Breitenbach

cc:    All Counsel of Record

NEW YORK        NEW JERSEY        CONNECTICUT

5364534v.1